UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:20-CV-81369-DMM(MIDDLEBROOK/BRANNON)

JOSEPH GARDI, :
           :
    Plaintiff, :
           :
v. :
           :
BAXTER INTERNATIONAL INC., :
a Foreign for Profit Corporation :
d/b/a BIO-SCIENCE, Inc., :
DR. LENA EDWARDS, LLC. :
    Defendant. :
_____/

**PLAINTIFF COUNSEL'S AGREED AMENDED MOTION TO WITHDRAW
AND MOTION TO STAY PROCEEDINGS FOR SIXTY (60) DAYS**

    RNC Legal, PLLC, counsel for Plaintiff, Joseph Gardi, moves this Honorable Court for an Order allowing said firm to withdraw from the instant action and in support thereof states as follows:

1. Plaintiff counsel's initial Motion to Withdraw was denied on October 8, 2020, for want of additional information and compliance with Florida Local Rule 11.1(d)(3). The undersigned respectfully remits this, its Amended Motion to Withdraw, to comply with this Honorable Court's Order and Rule 11.1(d)(3).

2. Plaintiff's counsel is a sole practitioner and although he is licensed in Federal Court, does not routinely practice in Federal Court; and has very limited experience with the Court's filing system and local rules.

3. Plaintiff and its counsel discussed the necessity of obtaining alternate counsel upon learning of the removal of the instant action. Plaintiff agrees and otherwise consents to

the withdrawal of the undersigned; however, Plaintiff has experienced delay in locating alternate counsel for the following reasons.

4. Plaintiff suffers from brain toxicity and other health ailments and undergoes a regimen of medical treatments on a daily and ongoing basis, consuming a substantial portion of any given day.

5. Further, because of Plaintiff's medical conditions, he experiences sensitivity to electro-magnetic devices, including cell phones, computers, and other such devices, further restricting his ability to locate or confer with alternate counsel.

6. Because Plaintiff is limited in his ability to utilize electronic devices, such as phones and computers for any extended period of time, he is required to rely on the assistance of his elderly parents and his sporadic and limited use of such devices, contributing substantially to delay in locating and conferring with alternate counsel.

7. In addition to the foregoing the undersigned has been experiencing mild to severe health issues since about August, and suspects that he may have contracted COVID-19 due to a sudden appearance of additional symptoms.

8. Because the undersigned suffers from a compromised immune system, he has made diligent efforts to prevent the contraction of the virus, however, the undersigned fears that he has contracted the virus due to the appearance of new symptoms, causing the undersigned to cancel several depositions and other proceedings due to his own health issues in the recent months.

9. The undersigned's office is located in a private commercial building in Hollywood, Florida, where at least two (2) COVID-19 cases have been discovered, and causing at

    least one (1) individual and co-tenant of the building to be transported by ambulance from the building during business hours.

10. The undersigned is seeking testing and treatment, and that, added with the symptoms presently experienced by the undersigned, including fever, mild occasional disorientation/confusion, fatigue, body aches, and continuous severe sneezing, leading to nose bleeds and dizziness, has caused the undersigned some delay in filing this Amended Motion, and only recently learned of the Order denying its initial Motion to Withdraw.

11. The Court has issued a Pretrial Scheduling Order, and there are some outstanding and upcoming deadlines, for which Plaintiff seeks an extension based on the reasons stated herein.

12. Plaintiff consents to the withdrawal of the undersigned and will be seeking other representation in this matter and respectfully requests that he be provided at least sixty (60) days to seek other counsel, as Plaintiff is presently ill and is undergoing treatment and is otherwise limited in his ability to meet and confer with alternate counsel, as discussed.

13. Plaintiff requests the Court stay the proceedings of this matter for sixty (60) days so as to permit Plaintiff sufficient time for which to meet, confer, and retain alternate counsel, and to extend the deadlines provided in the Court's Pretrial Scheduling Order for at least sixty (60) days.

14. In the Court's Order denying the initial Motion to Withdraw, the Court expressed concerns over the identification but non-service upon a Co-Defendant and the need for amendment of the Complaint. Plaintiff asserts that the issue will be corrected by future counsel should the Court grant the relief sought by Plaintiff herein, and that additional

time is required to ensure the proper identification of the Co-Defendant to the extent that Plaintiff believes the proper Co-Defendant may have been subject to an acquisition or merger.

15. Moreover, the undersigned is currently experiencing severe fatigue, body aches, mild fever, occasional disorientation/confusion and other symptoms, and is presently seeking medical intervention, and requests this Honorable Court to stay the proceedings and to allow the deficiencies in the Complaint to be amended after the stay.

16. Neither party will be prejudiced by the granting of this motion, and Defendant Baxter International, Inc., has indicated that it does not oppose a stay of the proceedings for at least sixty (60) days, and an extension to the deadlines set forth in the Pretrial Scheduling Order by at least sixty (60) days..

17. Pursuant to Local Rule 11.1(d)(3), Plaintiff's current mailing address is 375 Strawberry Lane, Medina, OH, 44256.

Wherefore, for the foregoing reasons, Ryan N. Chae of RNC Legal, PLLC., respectfully requests that this Honorable Court grant his Motion to Withdraw and Motion to Stay the Proceedings for at least sixty (60) days.

Dated this 13th day of October, 2020.

**LAW OFFICE OF MARK S. ROHER, P.A.**
150 S. Pine Island Road, Suite 300
Fort Lauderdale, Florida 33324
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200

By:     */s/ Mark S. Roher*
          Mark S. Roher
          Florida Bar No. 178098

*Joseph Gardi v. Baxter Bio Science and Dr. Lena Edward*
*Case No: 9:20-CV-81369*

# LOCAL RULE 7.1(A)(3) CERTIFICATION

      Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Plaintiff, Joseph Gardi, certifies that he has conferred with Defendant in a good faith effort to resolve the issues raised in this motion and that Defendant has indicated that it does not oppose the requested stay of the proceedings and extension of the deadlines.

      /s/ Ryan N. Chae_____
**Ryan N. Chae, Esquire**
Florida Bar No. 117495
**RNC Legal**
2450 Hollywood Blvd.
Suite 305
Hollywood, FL 33020
T (954) 417.7000
F (954) 998.4505
Email – rchae@rnclegal.net
*Attorney for Plaintiff*

I, Joseph Gardi, Plaintiff in the instant action, hereby agree and consent to Ryan N. Chae's Motion to Withdraw. I have read said motion, the contents have been explained to me and understand the contents of the motion and through my signature below, I consent to Mr. Ryan N. Chae seeking to withdraw from the instant case.

_____
Joseph Gardi, Plaintiff

*Joseph Gardi v. Baxter Bio Science and Dr. Lena Edward*
*Case No: 9:20-CV-81369*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 13, 2020, I filed the foregoing with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronically Filing system.

                                               */s/ Mark S. Roher*
                                               Mark S. Roher

## SERVICE LIST

Elaine Stoll (FL Bar # 1015955)
Ulmer & Bernie, LLP.
600 Vine Street, Suite 2800
Cincinnati, Ohio 452020
Phone: (513) 698-5000/(513)698-5001 (fax)
estoll@ulmer.com
Attorney for Defendant Baxter International

Michael A. Gross (FL Bar # 115970)
Ulmer & Bernie, LLP.
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561) 989-3238/(216)583-7089
mgross@ulmer.com
Attorney for Defendant Baxter International

I, Joseph Gardi, Plaintiff in the instant action, hereby agree and consent to Ryan N. Chae's Motion to Withdraw. I have read said motion, the contents have been explained to me and understand the contents of the motion and through my signature below, I consent to Mr. Ryan N. Chae seeking to withdraw from the instant case.

_____
Joseph Gardi, Plaintiff

2